UNITED STATES of America,
Plaintiff-Appellee

v.

Oscar Jose CORDOVA-AVELAR, also
known as Oscar Cordova,
Defendant-Appellant

No. 16-41454
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Filed June 20, 2017

Carmen Castillo Mitchell, Assistant U.S.
Attorney, U.S. Attorney's Office, Southern
District of Texas, Houston, TX, for Plain-
tiff-Appellee

Oscar Jose Cordova-Avelar, Pro Se

Before SMITH, CLEMENT, and
COSTA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed
to represent Oscar Jose Cordova-Avelar

---

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be

has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Cordova-Avelar has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.